FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>Amundson, Henry Gerhard<br><br>          Defendant. | Case No.: SACR 12-135-CJC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___backyrd, cmty ties unknown due to failure to interview; bail resources unknown; ongoing substance abuse problem; nature of alleged viols evidence he cannot be relied upon to comply with supervision conditions___

1
2
3    and/or
4  B.  (X) The defendant has not met his/her burden of establishing by clear and
5    convincing evidence that he/she is not likely to pose a danger to the safety of any
6    other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7    finding is based on  crim history record; arrest for
8    new narcotics traff. offense while under supervision;
9    history of committing new crimes while under
10    supervision; substance abuse history
11
12
13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __4/8/13__       _____
17                          ROBERT N. BLOCK
                            UNITED STATES MAGISTRATE JUDGE