1

2

3

4

5

6

7

8

9

10

O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 1 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SACR 12-135-CJC |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Amundson, Henry Gerhard | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ CD CA _____,

for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (✗)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _____ background, cmty ties unknown; lack of bail resources; ongoing substance abuse problem; conduct in not

1  complying with supervision conditions (incl his
2  failures to report as ordered); prior supers
3  and/or release violation

4  B.   ☒ The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7  finding is based on  substance abuse history and
8  ongoing substance abuse problem; commission
9  of new offenses while under supervision; criminal
10  history record

11  _____
12

13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

15
16  DATED:  11/14/13
17                                        ROBERT N. BLOCK
                                          UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28