O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY       DV        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Amundson, Henry Gerhard<br><br>　　　　　　Defendant. | Case No.: SACR 12-135-CJC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　[X]　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___bkgrd, cmty ties unknown due to failing to interview; bail resources unknown; alleged conduct in not complying with___

1  supervision conditions; ongoing substance abuse
2  problem; history of noncompliance with
3  and/or  supervision conditions
4  B.  (✓) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7  finding is based on  ongoing substance abuse
8  problem; violation history; criminal history
9  record

13  IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED:  7/14/14

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE